NEW-YORK,
May, 1814.

BABCOCK
v.
STANLEY.

———

BABCOCK *against* STANLEY.

In order to maintain an action for the price of *service* of a *chattel,* the plaintiff must show a delivery, or offer to deliver. Whether a parol agreement to sell or let the *services* of a negro slave, is a sale of goods, within the statute of frauds? *dubitatur.*

IN ERROR, on *certiorari,* from a justice's court. *Stanley* brought an action against *Babcock,* before the justice. On the 1st *October,* 1812, he declared on an agreement, stating that *B.* agreed to purchase of him the service of a certain negro woman, for four years, at ten dollars per annum, which *S.* agreed to accept; and that *B.* had refused to perform the contract. *B.* pleaded the statute of frauds. There was no evidence that the negro woman was delivered, or offered to be delivered, by *S.* to *B.,* or that any earnest money was paid, or a note or memorandum in writing made of the agreement. The justice gave judgment for the plaintiff below.

*Per Curiam.* It may be questionable whether the contract for the sale of the service of the negro woman, could be considered as a sale of goods, &c. within the statute for the prevention of frauds: but it was incumbent on the plaintiff below to show a performance on his part, by an offer of the wench to the defendant, before he called upon him for the payment of the money. (2 *Saund. Rep.* 252. n. 3.) No such offer appears to have been made. The judgment below must, therefore, be reversed.

Judgment reversed.